**Clay WALLACE, Appellant,**

**v.**

**John COTTLE, sued in his official and individual capacities; Lincoln County, Missouri; Kerry Mills, Appellees,**

**Jason Manyx, Defendant,**

**Danny Torres, Appellee.**

No. 07–2179.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2008.

Filed: Sept. 23, 2008.

Before MURPHY, BYE, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Clay Wallace appeals the district court's[1] adverse grant of summary judgment in his civil rights action. Having considered Wallace's arguments for reversal and conducted de novo review, *see Hartsfield v. Nichols,* 511 F.3d 826, 829 (8th Cir.2008), we find no reason to overturn the district court's well-reasoned

---

1. The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.